IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROSE PAPRAKIS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SKULLCANDY, INC., S. HOBY DARLING, DOUG COLLIER, HEIDI O'NEIL, JEFF KEARL, SCOTT OLIVET, GREG WARNOCK, RICK ALDEN, and JASON HODELL,<br><br>    Defendants. | **ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO DETERMINE PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>No. 2:16-cv-00810-DB |

**ORDER**

Based on the Joint Stipulated Motion to Dismiss Action as Moot submitted by the parties, and good cause appearing, the Court hereby orders that:

1. Defendants Skullcandy, Inc., S. Hoby Darling, Doug Collier, Heidi O'Neil, Jeff Kearl, Scott Olivet, Greg Warnock, Rick Alden, and Jason Hodell, are dismissed from this action, and the claims asserted therein are dismissed as moot as to Plaintiff Rose Paprakis, with prejudice.

2. Dismissal of the above-captioned action is without prejudice as to any other putative class member, and therefore, pursuant to Rule 23(c)(2) of the Federal Rules of Civil Procedure, notice to the putative class members of this dismissal is not required.

3. The Court retains jurisdiction of the above-captioned action solely for the purpose of determining the potential Fee and Expense Motion described in the parties' joint stipulated motion to be submitted by Plaintiff Rose Paprakis in cooperation with Ms. Karen Bernicke

(together, the "Stockholder-Plaintiffs"), plaintiff in the action *Bernicke v. Darling, et al.*, 2:16-cv-00834.

4. The defendants and Stockholder-Plaintiffs shall meet and confer concerning payment of the Stockholder-Plaintiffs' fees and expenses. If the defendants and Stockholder-Plaintiffs are unable to reach an agreement concerning payment of the Stockholder-Plaintiffs' fees and expenses, the parties shall ask the Court to set a stipulated briefing and hearing schedule for Plaintiff's Fee and Expense Motion.

Signed this 8th day of November, 2016.

                BY THE COURT

                _____
                United States District Judge
                Hon. Dee Benson

APPROVED:

                **PETERS | SCOFIELD**
                *A Professional Corporation*

                /s/ David W. Scofield
                David W. Scofield
                **PETERS | SCOFIELD**
                *A Professional Corporation*
                7430 Creek Road, Suite 303
                Sandy, Utah  84093-6160
                Telephone:    (801) 322-2002
                Facsimile:    (801) 912-0320
                Email: dws@psplawyers.com

                *Attorneys for Plaintiff Rose M. Paprakis*

Case 2:16-cv-00810-DB   Document 12   Filed 11/09/16   Page 3 of 3

/s/ Monica S. Call
Monica S. Call
*(Signed by filing attorney with permission of Monica S. Call)*
**STOEL RIVES LLP**
Monica S. Call (11361)
monica.call@stoel.com
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131

*Attorneys for Defendants Skullcandy, Inc., S. Hoby Darling, Scott Olivet, Greg Warnock, Rick Alden, Doug Collier, Jeff Kearl, Heidi O'Neill, and Jason Hodell*