FILED  
United States Court of Appeals  
Tenth Circuit

October 12, 2017

Elisabeth A. Shumaker  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ROSE PAPRAKIS, individually and on behalf of all others similarly situated,,

   Plaintiff - Appellant,

v.

SKULLCANDY, INC.; S. HOBY DARLING; DOUG COLLIER; HEIDI O'NEILL; JEFF KEARL; SCOTT OLIVET; GREG WARNOCK; RICK ALDEN; JASON HODELL,

   Defendants - Appellees.

No. 17-4114  
(D.C. No. 2:16-CV-00810-DB)

_____

**ORDER**

_____

   In accordance with 10th Cir. R. 33.1, Rules of the Tenth Circuit, and upon consideration of the motion for voluntary dismissal of the above-captioned appeal, this appeal is dismissed.  *See* Fed. R. App. P. 42(b).

   Each party will bear their own costs on appeal.  A copy of this order will stand as the mandate of the court.

                          Entered for the Court

                          *Elisabeth A. Shumaker*

                          ELISABETH A. SHUMAKER, Clerk